

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Alberto Marquez-Saucedo DEFENDANT(S). | CASE NUMBER ED14-343M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defense Counsel_ , IT IS ORDERED that a detention hearing is set for _August 26_ , _2014_ , at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Sheri Pym_ , in Courtroom _4_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _8-22-14_

U.S. ~~District Judge~~/Magistrate Judge